■ ROBERT D. O'CONNELL, P. C., Appellant, et al., Plaintiff, v SCHLEGEL CORPORATION et al., Respondents, and CHARLES P. SCHLEGEL, II, Intervenor-Respondent. (Appeal No. 2.)—Order unanimously affirmed without costs. Same Memorandum as in *Robert D. O'Connell, P. C. v Schlegel Corp.,* ([appeal No. 1] 174 AD2d 1024 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Boehm, J.—Dismiss Cross Claim.) Present—Dillon, P. J., Doerr, Balio, Lawton and Davis, JJ.

■ ROBERT D. O'CONNELL, P. C., et al., Appellants-Respondents, v SCHLEGEL CORPORATION et al., Respondents, and CHARLES P. SCHLEGEL, II, Intervenor-Respondent-Appellant. (Appeal No. 3.)—Order unanimously affirmed without costs. Same Memorandum as in *Robert D. O'Connell, P. C. v Schlegel Corp.* ([appeal No. 1] 174 AD2d 1024 [decided herewith]). (Appeals from Order of Supreme Court, Monroe County, Boehm, J.—Amend Reply.) Present—Dillon, P. J., Doerr, Balio, Lawton and Davis, JJ.

■ ROBERT D. O'CONNELL, P. C., et al., Appellants, v SCHLEGEL CORPORATION et al., Respondents, and CHARLES P. SCHLEGEL, II, Intervenor-Respondent. (Appeal No. 4.)—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Boehm, J., and intervenor's motion for sanctions denied. (Appeal from Order of Supreme Court, Monroe County, Boehm, J.—Discovery.) Present—Dillon, P. J., Doerr, Balio, Lawton and Davis, JJ.